12-15-00190-CV

JULY 27, 2015

Ms. Cathy S. Lusk, Clerk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 29 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

RE: Filing of Original Petition For Writ Of Mandamus
    IN RE BILLY ROSS SIMS, # 511649

TO THE HONORABLE CATHY S. LUSK:

Dear Ms. Lusk,

Please find enclosed my Petition For Writ Of Mandamus, and a Motion For Suspension Of The Rules.

This is an original proceeding. I have also enclosed an affidavit of inability to pay cost.

I have enclosed a SASE for your reply notice of filing.

I thank you for your kindness.

Kind regards,

Billy R. Sims, 511649
Powledge Unit
1400 FM 3452
Palestine, TX 75803-2350

IN RE BILLY ROSS SIMS, 511649 § IN THE
Relator § TWELFTH COURT OF APPEALS
§ AT TYLER, TEXAS
§
§

TWELFTH COURT OF APPEALS
Court of Appeals District

JUL 29 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

MOTION FOR FREE APPELLATE RECORD

Comes now the Relator, Billy Ross Sims (Sims), and asks the Court to order the clerk to prepare a free appellate record. Sims is the real party in interest and filed a civil suit not involving the department; see Chapter 14.001(2), on February 27, 2015, under the prison mailbox rule. No contest to the IFP application was made. On 6-30-15, the trial court initialed an Order of Dismissal disposing of Sims' constitutional claims without a factfinding hearing at the pleading stage as 'frivolous,' A request for findings of fact and conclusions of law was filed on July 8, 2015 via the prison mailbox which extended the time for perfecting an appeal under TRAP Rule 25.1 (a)(4) to 90 days from 6-30-15. The Clerk's Record which includes the Complaint Sims filed, is necessary for this appellate process in relation to the Order of Dismissal's claim that Sims' Constitutional claims presentations were 'frivolous' at the pleading stage when Texas courts operate on 'notice pleading' rules of Civil Procedure, and Sims cannot afford to reproduce and mail the complaint to this Court.

This appellate process is not frivolous because the trial court failed to provide a neutral and detached hearing official, who then acted to dispose of legitimate claims of constitutional violations that State officials not employed by the department were denying Sims equal protection of the laws and violating his constitutional protections to ex post facto, retroactive application of new laws, and the trial court official labeled this 'frivolous' at the pleading stage and abused the court's discretion.

1

This Court has jurisdiction over the trial courts PADILLA vs McDANIEL, 122 SW3d 805 (TCA 2003).

The entire Clerk's Record is necessary to show the correspondence that occurred with the trial court officials after the case was filed. An appellate review of the short Complaint and affidavit would be necessary to determine the trial court's hearing official's abuse of the court's discretion not only in labeling Sims' legitimate claims 'frivolous' but in imposing costs and fees with no jurisdiction to do so, thus causing Sims irrepairable harm, in that it caused the department to seize Sims' VA benefits that are exempt from the legal process under state and federal law.

## PRAYER

For these reasons Sims asks this Court to order the district clerk to prepare a free appellate record.

There was no conference regarding this motion as the only parties at this stage are the district clerk and judge. No service of process on defendants in the civil suit at this tage.

## VERIFICATION

I, Billy R. Sims, being presently incarcerated in the TDCJ-CID declare under penalty of perjury the foregoing is true and correct according to my own beliefs. Signed this 27th Day of July, 2015.

Billy R. Sims, 511649
Powledge Unit
1400 FM 3452
Palestine, TX 75803

2